Submitted on record and briefs April 6, affirmed May 10, petition for review denied August 1, 2006 (341 Or 216)

MICHAEL SHAW,
*Appellant,*

*v.*

Guy HALL,
Superintendent,
Two Rivers Correctional Institution,
*Respondent.*

V041017; A128365

135 P3d 395

James N. Varner filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Attorney-In-Charge, Collateral Remedies and Capital Appeals, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *Lutz v. Hill*, 205 Or App 252, 134 P3d 1003 (2006); *Peralta-Basilio v. Hill*, 203 Or App 449, 126 P3d 1 (2005), *rev den*, 340 Or 359 (2006).